# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Howard G. Jackson,                      Civil No. 18-1525 (DWF/HB)

           Plaintiff,

v.                                      **ORDER ADOPTING REPORT AND RECOMMENDATION**

Mark Dayton, Governor of Minnesota,

           Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated June 18, 2018. (Doc. No. 5.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Hildy Bowbeer's June 18, 2018 Report and Recommendation (Doc. No. [5]) is **ADOPTED**.

2. This matter is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The application to proceed *in forma pauperis* of Plaintiff Howard G. Jackson (Doc. No. [2]) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 17, 2018          s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge